UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 97CR1318-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL OF |
| | ) | INDICTMENT, WITHDRAWAL |
| MACARIO PUERTA-CARRILLO (2), | ) | OF ARREST WARRANT AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice and arrest warrant withdrawn.

**DATED: October 23, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**